UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRYSTAL LEE CHU,

*obo M.W.V.*

                              Plaintiff,

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

1:20-CV-7877 (VSB) (KHP)

ORDER OF SERVICE

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived. This Order shall not supersede the prior scheduling order issued in this case at ECF No. 6. The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Plaintiff.

       **SO ORDERED.**

Dated:   October 27, 2020
            New York, New York

                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge