UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRYSTAL LEE CHU o/b/o M.W.V.,

                      Plaintiff,                        20 **CIVIL** 7877 (VSB)(KHP)

    -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 5, 2021, that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          October 6, 2021

                                                               RUBY J. KRAJICK

                                                                 Clerk of Court
                               BY:
                                                                 Deputy Clerk